**Order filed November 25, 2014**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-14-00834-CV
_____

**CARLOS RYERSON, Appellant**

**V.**

**THE PETROLEUM WORKERS UNION OF THE REPUBLIC OF MEXICO, Appellee**

---

**On Appeal from the 281st District Court**
**Harris County, Texas**
**Trial Court Cause No. 1985-35446-AC**

---

## O R D E R

The notice of appeal in this case was filed October 16, 2014. To date, the filing fee of $195.00 has not been paid. No evidence that appellant has established indigence has been filed. *See* Tex. R. App. P. 20.1. Therefore, the court issues the following order.

Appellant is ordered to pay the filing fee in the amount of $195.00 to the Clerk of this court on or before **December 10, 2014.** *See* Tex. R. App. P. 5. If

appellant fails to timely pay the filing fee in accordance with this order, the appeal will be dismissed.

PER CURIAM